UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     ED CV 08-01327-SGL(FFMx)                                         Date:  December 9, 2008

Title:          DWIGHT TIMOTHY GRANDY  -v- MICHAEL J. CUMMINGS, ET AL.
========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

     Jim Holmes                                                None Present
     Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                           None present

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)

     The Court has reviewed defendants' motion to dismiss the complaint.  The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for December 15, 2008, is removed from the Court's calendar.

     Plaintiff has failed to file a timely opposition to the motion to dismiss.  <u>See</u> Local Rule 7-9 (requiring that oppositions to a motion must be filed no later than fourteen days before the designated hearing date of the motion).  Therefore, the Court **GRANTS** the motion and **DISMISSES** the complaint.  <u>See</u> Local Rule 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.")

     **IT IS SO ORDERED.**

MINUTES FORM 90                                                                 Initials of Deputy Clerk __jh_____
CIVIL -- GEN                                        1